IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA
        Plaintiff,

vs.                                                Case No. 3:08cr85/LAC

**AMARDEEP GOUD CHERLAPALLI,**
a/k/a Andy Cherlapalli;
a/k/a Amar Cherlapalli;
a/k/a Amardeep Goud;
a/k/a Goud C. Amardeep,
        Defendant.
_____/

**PRELIMINARY ORDER OF FORFEITURE**

WHEREAS, in the Indictment in the above-entitled action, the United States sought forfeiture from the defendant, **AMARDEEP GOUD CHERLAPALLI,** pursuant to Title 8, United States Code, Section 1324(b), and Title 18, United States Code, Section 982(a)(6), the defendant's interests in any property, real or personal, involved in the violations set forth in Counts One and Three of said Indictment and/or any property traceable to such property;

AND WHEREAS, on or about October 9, 2008, the defendant, **AMARDEEP GOUD CHERLAPALLI,** pled guilty to Counts One and Three of the Indictment pursuant to a plea and cooperation agreement outlining such forfeiture;

AND WHEREAS, by virtue of said plea agreement, the United States is now entitled to entry of a Preliminary Order of Forfeiture against all of defendant's interest in

said property, pursuant to Title 8, United States Code, Section 1324(b), and Title 18, United States Code, Section 982(a)(6), and Rule 32(d)(2) and 32.2(b) of the Federal Rules of Criminal Procedure; now wherefore,

**IT IS HEREBY ORDERED:**

1. That all of defendant's rights and interest in the property described below is hereby forfeited to and vested in the United States of America.

2. That property which is subject to forfeiture in this Order is as follows:

   **A.** **One 2005 silver Honda bearing Vehicle Identification Number 1HGCM56195A109400 registered to defendant AMARDEEP GOUD CHERLAPALLI;**

   **B.** **$563.97 in U.S. currency located in Wachovia Bank account ending in account number 2379, for which the defendant AMARDEEP GOUD CHERLAPALLI and U.C. were signatories;**

   **C.** **$7,480.55 in U.S. currency located in Wachovia Bank account ending in account number 0261 and titled in the name of Baba Enterprises, LLC;**

   **D.** **$55,397.56 in U.S. currency located in Wachovia Bank account ending in account number 0290 and titled in the name of Baba Enterprises, LLC;**

  E. **$97,439.78 in U.S. currency located in Wachovia Bank account ending in account number 9748 and titled in the name of Baba Enterprises, LLC;**

  F. **$61,147.00 in U.S. currency seized from Bestway Food Store, 2110 Gulf Beach Highway, Pensacola, Florida.**

  3. That a Preliminary Order of Forfeiture is hereby entered in favor of the United States against defendant, **AMARDEEP GOUD CHERLAPALLI,** pursuant to Rule 32.2(b)(1) of the Federal Rules of Criminal Procedure.

  IT IS SO ORDERED this 25th day of November, 2008

          s/*L.A. Collier*
          LACEY A. COLLIER
          SENIOR UNITED STATES DISTRICT JUDGE